# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

**FILED**
SEP 16 1999
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:95CR158CAS |
| MICHAEL J. BARBIERI, | ) |
| Defendant. | ) |

### INTERVENOR'S MOTION TO OPEN SEALED FILES

COMES NOW Intervenor, Massachusetts Mutual Life Insurance Company ("Mass Mutual"), by and through its attorneys, and for its Motion to Open Sealed Files in this case, states as follows:

1. Mass Mutual and Defendant Barbieri are currently involved in pending litigation before the Honorable Jean C. Hamilton styled <u>Massachusetts Mutual Life Insurance Company v. Michael J. Barbieri</u>, Case No. 4:98CV783(JCH), consolidated with <u>Michael Barbieri v. Massachusetts Mutual Life Insurance Company</u>, Case No. 4:98CV959(JCH).

2. The pending consolidated cases involve a determination of the rights and duties of the parties under two disability insurance policies. The physical condition of Mr. Barbieri is at issue in both cases.

3. On February 29, 1996, Defendant Michael Barbieri, through his attorney, Daniel B. Hayes, moved to file Defendant's Objections to the Pre-Sentence

15308.1



UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 09/17/99 by bkirklan
4:95cr158     USA vs Barbieri

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE. IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE FOLLOWING:
    4 Certified Copies to USM
    2 Certified Copies to USP
    1 Copy to Financial
    1 Copy to O.S.U.

Thomas Brown  -  45223           Fax: 314-997-7844

Patricia Garvey -
11 Tuscany Park
Clayton, MO   63105

Daniel Hayes  -  32196           Fax: 314-863-8835
Timothy Hayes  -   3353          Fax: 314-613-2550
Dean Hoag     -   6426           Fax: 314-539-7695

SCANNED & FAXED BY:
SEP 17 1999
C. D. D.